U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

APR 2 9 2008

CHRIS R. JOHNSON, CLERK

BY

DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 5:08CR50035-001 |
| v. ) | |
| ) | 18 U.S.C. § 2314 |
| RYAN MATTHEW SILVEY ) | |

### INDICTMENT

The Grand Jury Charges:

#### COUNT 1

From on or about December 27, 2007 until on or about January 21, 2008, in the Western District of Arkansas, Fayetteville Division, the defendant, **RYAN MATTHEW SILVEY**, did unlawfully transport in interstate commerce from Washington County, State of Arkansas, to the state of Kansas, stolen goods, that is money, having a value of $5,000 or more, knowing the same to have been stolen, in violation of Title 18, United States Code, Section 2314.

A True Bill.

/s/ *Grand Jury Foreperson*
Foreperson

By:

ROBERT C. BALFE
UNITED STATES ATTORNEY

Wendy L. Johnson
Assistant U. S. Attorney
Arkansas Bar No. 94067
P. O. Box 1524
Fort Smith, AR 72902
(479) 783-5125